

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

July 30, 2021

Via CM/ECF

    Re: *Pro-Team Coil Nail Enterprise, Inc., et al. v. United States, et al.*
    Consol. Court No. 18-00027

To All Counsel:

    It is my intention to issue the opinion in the above-captioned consoliated action as a public document.  I do not believe that the opinion contains confidential information in footnotes or in the body text.  I ask that you please review the opinion and inform the court by August 6, 2021, via ECF, whether any information in this opinion should be redacted in the public version.  Please also state the basis for your belief.

    Very truly yours,

    /s/    Mark A. Barnett
    Mark A. Barnett, Chief Judge