UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

October 13, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:   Redetermination Pursuant to Court Remand Order in
       *Pro-Team Coil Nail Enterprise Inc. v. United States*, Court No. 18-00027

Dear Mr. Toscano:

    Pursuant to the Court's order of July 30, 2021, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

    In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 482-6035 or vania.wang@trade.gov.

                                          Respectfully submitted,

                                          /s Vania Wang
                                          Vania Wang
                                          Attorney
                                          Office of the Chief Counsel
                                             for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
October 13, 2021
Page 2

cc:

Ned Herman Marshak
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
(212) 557-4000
Fax: (212) 557-4415
Email: nmarshak@gdlsk.com

John Robert Magnus
Tradewins LLC
1330 Connecticut Avenue, NW.
Washington, DC 20036
(202) 744-0368
Email: jmagnus@tradewinsllc.net

Lizbeth R. Levinson
Fox Rothschild LLP
1030 15th Street, NW.
Suite 380 East
Washington, DC 20005
(202) 794-1182
Fax: (202) 461-3102
Email: llevinson@foxrothschild.com

Sosun Bae
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568
Fax: (202) 514-8624
Email: sosun.bae@usdoj.gov

Adam Henry Gordon
The Bristol Group PLLC
1707 L Street, NW.
Suite 570
Washington, DC 20036
(202) 991-2701
Email: adam.gordon@bristolgrouplaw.com